**Catherine CARMODY, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.**

No. 12647.

Circuit Court of Appeals, Eighth Circuit.

Jan. 5, 1944.

496

Ed J. Kelley, of Ames, for appellant.

A. H. Sargent, of Cedar Rapids, and C. G. Lee, of Ames, for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of merit and failure of appellant to file brief, on motion of appellee.